# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| DEBRA GONZALES, | CASE NO. 17cv1369-LAB |
|---|---|
| Petitioner, | **ORDER DENYING MOTION UNDER 28 U.S.C. § 2255** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Last summer, Debra Gonzales pled guilty to driving a car loaded with 45 pounds of methamphetamine into the United States. The maximum sentence was 20 years in prison—the Court sentenced Gonzales to 68 months. Gonzales now asks the Court to modify her sentence based on her attorney's failure to argue for safety valve and minor role reductions.

First, Gonzales is wrong on the merits. Her attorney argued for safety valve and the Court applied it.[1] The Court also considered minor role, but decided not to grant it.[2] Importing 45 pounds of methamphetamine didn't make Gonzales substantially less culpable than the average participant in the offense she committed. *See United States v. Ng*, 202 F.3d 280 (9th Cir. 1999) (rejecting minor role for *attempted* importation of methamphetamine). Second, since the sentence was less than 71 months, Gonzalez agreed to waive any right "to collaterally attack the sentence."[3] *See United States v. Abarca*, 985 F.2d 1012 (9th Cir. 1993). The motion is **DENIED**.

**IT IS SO ORDERED**.

Dated: August 10, 2017

**HONORABLE LARRY ALAN BURNS**
United States District Judge

---

[1] Dkt. 32 at 2.
[2] Dkt. 26 at 5–6.
[3] Dkt. 23 at 11.